**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/12/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

SHAEL CRUZ, Individually, and On Behalf of All Others Similarly Situated,

           Plaintiff,

vs.

THE VEGGIE GRILL, INC.,

           Defendant.

---------------------------------------x

Case No.: 1:21-cv-09960-VEC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Shael Cruz hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant The Veggie Grill, Inc.

DATED: May 11, 2022

**MIZRAHI KROUB LLP**

        /s/ Joseph H. Mizrahi
        JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

This case is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to terminate all open motions and close the case.
SO ORDERED.

*/s/ Valerie Caproni*   5/12/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE